166 A.3d 1174

IN THE MATTER OF MAGDY F. ANISE, AN ATTORNEY
AT LAW (ATTORNEY NO. 027161987)

August 29, 2017

## ORDER

This matter having been duly presented on the motion of the Office of Attorney Ethics to transfer to active status **MAGDY F. ANISE,** formerly of **JERSEY CITY,** who was admitted to the bar of this State in 1987, and who was transferred to disability inactive status pursuant to *Rule* 1:20–12 by Order of the Court filed May 14, 2013;

And **MAGDY F. ANISE,** through counsel, having asserted no opposition to the motion of the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that the motion is granted and **MAGDY F. ANISE** is hereby transferred to active status, effective immediately.